IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GEORGE ELLIS TOLEFREE     PLAINTIFF
ADC #121114

V.     NO. 4:20-cv-00008-JM

MELANIE JONES, Doctor     DEFENDANT

## ORDER

The Court has reviewed the recommendation submitted by United States Magistrate Judge Edie R. Ervin and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

Dr. Melanie Jones' Motion for Summary Judgment (Doc. 53) is GRANTED, and Mr. Tolefree's claims against her are DISMISSED WITH PREJUDICE.

Dated this 26th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE