IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GEORGE ELLIS TOLEFREE**                                                 **PLAINTIFF**
**ADC #121114**

V.                         NO. 4:20-cv-00008-JM

**MELANIE JONES, Doctor**                                        **DEFENDANT**

## **JUDGMENT**

Consistent with the Order entered on this day, this case is dismissed. All relief sought is denied, and the case is closed.

Dated this 26th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE